## COMMISSIONER OF INTERNAL REVENUE v. Jacob P. MUELLER.
### No. 5226.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

## COMMISSIONER OF INTERNAL REVENUE v. Andrew T. PETERS.
### No. 2901.

Circuit Court of Appeals, First Circuit.
Feb. 16, 1934.

PER CURIAM.

Petition for review of decision of the Board of Tax Appeals of August 11, 1933,

in Docket No. 54,050, Andrew J. Peters v. Commissioner of Internal Revenue, has been docketed and dismissed upon motion of the Commissioner (petitioner for review), assented to by counsel for Andrew T. Peters (respondent on review).

now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.